[No. 2257–3. Division Three. June 29, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID CROWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4032, Philip H. Faris, J., entered January 18, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Swanson, J.

[No. 2409–3. Division Three. June 29, 1978.]

STEVE SABO, ET AL, *Respondents,* v. BURTON L. FRENCH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 19998, Sidney R. Buckley, J., entered April 15, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Swanson, J.

[No. 5244–1. Division One. July 3, 1978.]

OTTO E. MCMASTER, *Respondent,* v. JAMES K. HARTZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 773917, Theodore S. Turner, J., entered December 6, 1976. *Reversed* by unpublished opinion per Farris, C.J., concurred in by Williams and Dore, JJ.